

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

METLIFE INSURANCE COMPANY OF CONNECTICUT,

Plaintiff,

v.

MARK ARMBRUSTER, et al.,

Defendants.

Case No. CV 14-7689 FMO (JCx)

**JUDGMENT**

Pursuant to the Court's Order Re: Motion for Summary Judgment, IT IS ADJUDGED that:

1. Mark Armbruster, as Trustee of the Casey Kasem Irrevocable Children's Trust dated April 15, 1996, is the sole and rightful beneficiary to the proceeds from the "Flexible Premium Adjustable Life Insurance Policy" bearing Policy Number 7476083, ("Policy") issued by The Travelers Life and Annuity Company on March 17, 2006, which policy was subsequently assumed by plaintiff-in-interpleader MetLife Insurance Company of Connecticut ("MetLife").

2. All claims to (a) proceeds from the Policy, and (b) the funds interpleaded by MetLife are hereby dismissed with prejudice.

3. The Clerk is directed to disburse the funds, plus interest, placed in the Court's registry by MetLife in connection with this action, to Mark Armbruster, less $16,000.00, to be distributed to MetLife pursuant to the Court's Order of October 28, 2015.

4. The above-captioned case is dismissed with prejudice.

Dated this 30th of October, 2015.

/s/
Fernando M. Olguin
United States District Judge

cc: FISCAL DEPT.